UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE CO., INC., as subrogee of BEAVER, INC. , <br><br> Plaintiff, <br><br> vs. <br><br> CLARK CORE SERVICES, LLC dba AVANTCO EQUIPMENT, a domestic limited liability company; and THE WEBSTAURANT STORE, LLC, a domestic limited liability company, <br><br> Defendants. | NO. 2:25-CV-01918-JHC <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES AND FILE THIRD-PARTY COMPLAINT** |

Before the Court is Defendants' Motion For Leave to Amend Answer and Affirmative Defenses and File Third-Party Complaint.  Dkt. # 13.  The motion is unopposed.  For the reasons stated therein, the Court GRANTS the motion.  Defendants shall file their Amended Answers, Affirmative Defenses, and Third-Party Complaints within seven (7) days of this Order and shall serve named Third-Party Defendants in accordance with the Federal Rules of Civil Procedure.

//

//

//

ORDER GRANTING DEFENDANTS'
MOTION TO AMEND ANSWER TO
COMPLAINT TO ADD A THIRD-PARTY      - 1 -
COMPLAINT
NO. 2:25-CV-01918-JHC

DATED this 10th day of March, 2026.


_____
John H. Chun
United States District Judge


ORDER GRANTING DEFENDANTS'
MOTION TO AMEND ANSWER TO
COMPLAINT TO ADD A THIRD-PARTY   - 2 -
COMPLAINT
NO. 2:25-CV-01918-JHC