UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE CO. INC., as subrogee of other BEAVER INC,<br>Plaintiff,<br><br>v.<br><br>CLARK CORE SERVICES, LLC d/b/a AVANTCO EQUIPMENT, a domestic limited liability company; and THE WEBSTAURANT STORE, LLC, a domestic limited liability company,<br><br>Defendant. | CASE NO. 2:25-cv-01918-JHC<br><br>ORDER |

Before the Court is the parties' Stipulated Motion to Adjust Dates. Dkt. # 27. Given the Court's calendar, trial in this matter is CONTINUED to **September 7, 2027**. The Court DIRECTS the Clerk to enter a standard case scheduling order that includes pretrial deadlines, beginning with the deadline for disclosure of expert testimony under Rule 26(a)(2).

//

//

//

//

Dated this 14th day of August, 2026.

John H. Chun
United States District Judge